[Nos. 13576-7-I; 13580-5-I. Division One. October 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY RAY SHAW, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82-1-02538-7, 83-1-01025-6, Lloyd W. Bever, J., entered July 21, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Coleman, JJ.

[No. 6359-0-II. Division Two. October 15, 1984.]

THE MCDERMOTT GROUP, INC., *Appellant,* v. DARREL G. DETRAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 299164, Floyd V. Hicks, J., entered May 3, 1982. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6439-1-II. Division Two. October 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN EUGENE TEFFT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00017-5, Robert L. Harris, J., entered June 7, 1982. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.